UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINA UDO-INYANG,

    Plaintiff,

v

BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY, d.b.a Wayne State University, and KERTIA BLACK and ROBERT FRANK, individually and in their official capacities, jointly and severally,

    Defendants.

_____/

Case No.: 2:11-cv-13772

Hon. Gershwin A. Drain

Magistrate Judge:  Laurie J. Michelson

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

NOW COME the parties, by and through their respective counsel, and do hereby stipulate and agree that the above-captioned cause of action will hereby be dismissed, with prejudice, and without costs or attorney fees to either party.

APPROVED AS TO FORM AND SUBSTANCE:

/s/Jeffrey L. Herron (signed w/consent)
JEFFREY L. HERRON (P38058)
Attorney for Plaintiff Regina Udo-Inyang
212 East Huron Drive
Ann Arbor, Michigan  48104
(734) 332-3786
herronlaw@outdoorathlete.com

/s/Karen B. Berkery
KAREN B. BERKERY (P38698)
Attorney for Defendants Wayne State University, Kertia Black, and Robert Frank
One Woodward Avenue, Suite 2400
Detroit, Michigan  48226
(313) 965-7448
karen.berkery@kitch.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINA UDO-INYANG,

    Plaintiff,

v

BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY, d.b.a Wayne State University, and KERTIA BLACK and ROBERT FRANK, individually and in their official capacities, jointly and severally,

    Defendants.
    _____/

Case No: 4:11-cv-13772

Hon. Gershwin A. Drain

Magistrate Judge: Laurie J. Michelson

### STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

This matter having come before the Court upon stipulation of the parties,

IT IS HEREBY ORDERED that the above-captioned matter be dismissed, with prejudice and without costs or attorney fees to either side.

IT IS SO ORDERED.

Dated: November 21, 2012
Detroit, Michigan

s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2012.

                                        s/Tanya Bankston
                                        TANYA BANKSTON
                                        Case Manager